# United States District Court

## for the

## Western District Of Tennessee

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Roger S. Jerrolds | Case Number: | 1:03CR10035-001 |

Address of Offender: 489 Eagle Nest Lane, Bath Springs, TN 38311

Name of Sentencing Judicial Officer: The Honorable James Dale Todd

Date of Original Sentence: 11/14/2003

| | | | |
|---|---|---|---|
| Original Offense: | Convicted Felon in Possession of a Firearm, 18 U. S. C. § 922(g) | | |
| Original Sentence: | Prison - 18 Months; TSR - 24 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Powell | Date Supervision Commenced: | 6/17/2005 |
| Defense Attorney: | Dianne Smothers | Date Supervision Expires: | 6/16/2007 |

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | SEE ATTACHED VIOLATION MEMO |

I Declare Under Penalty of Perjury that the Foregoing is True and Correct.

Respectfully submitted,

by [signature]

Gwendolyn E Kearns
U.S. Probation Officer

Sworn to before me, and subscribed

_____
Date

Re: Jerrolds, Roger S
November 14, 2005
Page 2

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*James D. Todd*
Signature of Judicial Officer

*5 December 2005*
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:03-CR-10035 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT